UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOLOMAN STEVE KENNEDY                                          PETITIONER

V.                                          CIVIL ACTION NO. 3:24-CV-448-DPJ-LGI

WARDEN ANGELENA JOHNSON                                        RESPONDENT

ORDER

Soloman Steve Kennedy filed this petition for writ of habeas corpus under 28 U.S.C. § 2254, challenging his state-court conviction for being a felon in possession of a firearm.  Pet. [1] at 1.  Respondent Warden Angelena filed a motion to dismiss [39], asserting that Kennedy's petition is time barred by the Antiterrorism and Effective Death Penalty Act's one-year limitation period.

On January 15, 2026, United States Magistrate Judge LaKeysha Greer Isaac entered a Report and Recommendation [60].  Judge Isaac carefully considered Johnson's motion to dismiss and recommended granting the motion and dismissing the petition with prejudice as time barred. R&R [60] at 5.  Kennedy did not file an objection, and the time to do so has passed.  *See id.* at 6 (informing Kennedy that he had 14 days to file an objection).[1]

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) advisory committee's note (1983), quoted in *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), superseded on other grounds by 28 U.S.C. § 636(b)(1) as

---

[1] Judge Isaac noted that, while Kennedy had filed several motions himself, he did "deny that his petition is untimely" and had "filed no response or otherwise challenged the motion to dismiss." R&R [60] at 4; *see id.* (noting Kennedy filed "more than twenty motions raising what appear to be unrelated arguments concerning his prior sentences, a probation violation, and conditions of confinement").

noted in *Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017).  Finding no clear error, the Court accepts the well-reasoned recommendation of the Magistrate Judge.

IT IS ORDERED that the Report and Recommendation [60] of United States Magistrate Judge LaKeysha Greer Isaac is adopted as the finding and holding of this Court.  Respondent's motion to dismiss [39] is granted; the petition is dismissed with prejudice.

A separate judgment will be entered as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 6th day of February, 2026.

        s/ *Daniel P. Jordan III*
        UNITED STATES DISTRICT JUDGE